1064

[No. 5505-1-III. Division Three. January 31, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. ROLAND
R. BARKER, *Appellant.*

Appeal from a judgment of the Superior Court for Lincoln County, No. 2371, Willard A. Zellmer, J., entered November 2, 1982. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Green, A.C.J., and McInturff, J.


[No. 5730-1-II. Division Two. January 31, 1984.]

DARRELL MILLER, ET AL, *Respondents,* v. PACIFIC
COUNTY, *Appellant.*

Appeal from a judgment of the Superior Court for Pacific County, No. 20568, William L. Dowell, J., entered June 23, 1981. *Reversed* by unpublished opinion per Worswick, J., concurred in by Petrich, C.J., and Reed, J.


[No. 6056-6-II. Division Two. February 3, 1984.]

CORLISS OPTOMETRIST PROFIT SHARING TRUST, ET AL,
*Respondents,* v. THE UNITED STATES
OF AMERICA, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 302180, Arthur W. Verharen, J., entered November 30, 1981. *Affirmed* by unpublished opinion per Reed, J., concurred in by Petrich, C.J., and Worswick, J.